UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
RUPERTI, ROBERTA L.                 §       Case No. 10-10189 MJK
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOHN H. RING, III_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 1-10-10189-MJK   Doc 41   Filed 05/08/13   Entered 05/08/13 13:35:05   Desc Main
Document      Page 2 of 16

| Case No: | 10-10189 MJK Judge: MICHAEL J. KAPLAN | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | RUPERTI, ROBERTA L. | Date Filed (f) or Converted (c): | 01/20/10 (f) |
| | | 341(a) Meeting Date: | 03/02/10 |
| For Period Ending: | 04/18/13 | Claims Bar Date: | 06/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7002 CURRIERS ROAD, ARCADE, NY 14009 | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 14.00 | 0.00 | | 0.00 | FA |
| 3. COMMUNITY BANK CHECKING ACCOUNT | 100.00 | 354.72 | | 354.72 | FA |
| 4. STOVE, REFRIGERATOR, SILVERWARE, COOKWARE, LIVIN | 1,880.00 | 0.00 | | 0.00 | FA |
| 5. FREEZER, WASHER/DRYER, MICROWAVE, TV, VCR, DVD P | 750.00 | 0.00 | | 0.00 | FA |
| 6. FAMILY PICTURES | 5.00 | 0.00 | | 0.00 | FA |
| 7. CD'S | 20.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 75.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RING & ENGAGEMENT RING (WELDED TOGETHER) | 300.00 | 0.00 | | 0.00 | FA |
| 10. MISC JEWLERY | 20.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE INSURANCE | 1.00 | 0.00 | | 0.00 | FA |
| 12. IRA | 80,743.00 | 0.00 | | 0.00 | FA |
| 13. ANTICIPATED 2009 TAX REFUND 1/2 INTEREST WITH HU | 50.00 | 1,246.50 | | 1,246.50 | FA |
| 14. 2010 KIA SOUL 4,900 MILES (LEASE) 1/2 INTEREST W | 1.00 | 0.00 | | 0.00 | FA |
| 15. DOG & CATS | 100.00 | 0.00 | | 0.00 | FA |
| 16. $30,000 SEVERANCE PAY REC'D BY DEBTOR (u) | 0.00 | 30,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.76 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $259,059.00 | $31,601.22 | | $1,602.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

REVIEW CLAIMS

| | | | |
|---|---|---|---|
| Case No: | 10-10189 MJK Judge: MICHAEL J. KAPLAN | Trustee Name: | JOHN H. RING, III |
| Case Name: | RUPERTI, ROBERTA L. | Date Filed (f) or Converted (c): | 01/20/10 (f) |
| | | 341(a) Meeting Date: | 03/02/10 |
| | | Claims Bar Date: | 06/17/10 |

TRUSTEE HAS REVIEWED DOCUMENTATION CONCERNING THE $30,000 SEVERANCE PAY RECEIVED BY DEBTOR AND SAME WAS SPENT PRE-PETTION.

Initial Projected Date of Final Report (TFR): 12/31/13   Current Projected Date of Final Report (TFR): 12/31/13

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-10189 -MJK |
| Case Name: | RUPERTI, ROBERTA L. |
| Taxpayer ID No: | *******7049 |
| For Period Ending: | 04/18/13 |

| | |
|---|---|
| Trustee Name: | JOHN H. RING, III |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0065 Money Market Account |
| Blanket Bond (per case limit): | $ 21,431,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/10 | 13 | FRANK J. RUPERTI<br>7002 CURRIERS RD<br>ARCADE, NY 14009-9788 | TURNOVER OF NONEXEMPT PORTION OF 2009 STATE AND FEDERAL TAX REFUNDS DEPOSIT CHECK #1315 | 1124-000 | 1,246.50 | | 1,246.50 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,246.52 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 1,246.55 |
| 04/20/10 | | Wire out to BNYM account 000275570065 | JPMORGAN CHASE BANK, N.A.<br>Wire out to BNYM account 000275570065 | 9999-000 | | 1,246.55 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,246.55 | 1,246.55 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 1,246.55 | 1,246.55 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,246.55 | 1,246.55 | |

Page Subtotals    1,246.55    1,246.55

| Case No: | 10-10189 -MJK | | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|---|
| Case Name: | RUPERTI, ROBERTA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0065 Money Market Account |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 04/18/13 | | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312275570065 | Wire in from JPMorgan Chase Bank, N.A. account 312275570065 | 9999-000 | 1,246.55 | | 1,246.55 |
| 04/27/10 | 3 | ROBERT L. RUPERTI<br>7002 CURRIERS RD<br>ARCADE, NY 14009 | TURNOVER OF NONEXEMPT PORTION BALANCE IN COMMUNITY BANK CHECKING ACCOUNT DEPOSIT CHECK #1043 | 1129-000 | 354.72 | | 1,601.27 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 1,601.29 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,601.39 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,601.48 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,601.57 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,601.67 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.68 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.69 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.70 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.71 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.72 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.73 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.75 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.76 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,601.77 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.07 | 1,598.70 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,598.71 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,573.71 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,573.72 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,548.72 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,548.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,523.73 |
| | | | Page Subtotals | | 1,601.80 | 78.07 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10189 -MJK | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | RUPERTI, ROBERTA L. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0065 Money Market Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,523.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,498.74 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,498.75 |
| 01/13/12 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 1,498.75 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 1,601.82 | 1,601.82 | 0.00 |
| Less: Bank Transfers/CD's | 1,246.55 | 1,498.75 | |
| Subtotal | 355.27 | 103.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 355.27 | 103.07 | |

Page Subtotals  0.02  1,523.75

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10189 -MJK | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | RUPERTI, ROBERTA L. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******6115 Money Market Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/12 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 1,498.75 | | 1,498.75 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.03 | | 1,498.78 |
| 02/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,498.88 |
| 03/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,498.98 |
| 04/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.08 |
| 05/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.18 |
| 06/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.28 |
| 07/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.38 |
| 08/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.48 |
| 09/28/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.58 |
| 10/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.68 |
| 11/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.78 |
| 12/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.10 | | 1,499.88 |
| 01/09/13 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.03 | | 1,499.91 |
| 01/15/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,499.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,499.91 | 1,499.91 | 0.00 |
| Less: Bank Transfers/CD's | 1,498.75 | 1,499.91 | |
| Subtotal | 1.16 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1.16 | 0.00 | |

Page Subtotals  1,499.91  1,499.91

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10189 -MJK | Trustee Name: | JOHN H. RING, III |
| --- | --- | --- | --- |
| Case Name: | RUPERTI, ROBERTA L. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9995 Checking Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 1,499.91 | | 1,499.91 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,484.91 |
| | | | COLUMN TOTALS | | 1,499.91 | 15.00 | 1,484.91 |
| | | | Less: Bank Transfers/CD's | | 1,499.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 15.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15.00 | |

Page Subtotals 1,499.91 15.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-10189 -MJK | | Trustee Name: | JOHN H. RING, III |
| Case Name: | RUPERTI, ROBERTA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0066 Checking Account |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 04/18/13 | | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10189 -MJK | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | RUPERTI, ROBERTA L. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******0066 Checking Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 21,431,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******0065 | 1,246.55 | 1,246.55 | 0.00 |
| Money Market Account - *******0065 | 355.27 | 103.07 | 0.00 |
| Money Market Account - *******6115 | 1.16 | 0.00 | 0.00 |
| Checking Account - *******9995 | 0.00 | 15.00 | 1,484.91 |
| Checking Account - *******0066 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******0066 | 0.00 | 0.00 | 0.00 |
| | 1,602.98 | 1,364.62 | 1,484.91 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 18, 2013

Case Number: 10-10189
Debtor Name: RUPERTI, ROBERTA L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $4,931.89 | $0.00 | $4,931.89 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $8,891.50 | $0.00 | $8,891.50 |
| 000003 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $3,628.57 | $0.00 | $3,628.57 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $10,379.95 | $0.00 | $10,379.95 |
| 000005 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,573.21 | $0.00 | $7,573.21 |
| 000006 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,932.01 | $0.00 | $1,932.01 |
| 000007 070 7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $602.05 | $0.00 | $602.05 |
| 000008 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,081.07 | $0.00 | $1,081.07 |
| 000009 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $545.63 | $0.00 | $545.63 |
| 000010 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $253.92 | $0.00 | $253.92 |
| 000011 070 7100-00 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $899.27 | $0.00 | $899.27 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 18, 2013

Case Number: 10-10189
Debtor Name: RUPERTI, ROBERTA L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $3,959.42 | $0.00 | $3,959.42 |
| 000013 070 7100-00 | MECU 1205 E. Algonquin Road Schaumburg, Illinois 60196 | Unsecured | | $4,276.55 | $0.00 | $4,276.55 |
| 000014 070 7100-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $528.19 | $0.00 | $528.19 |
| | Case Totals: | | | $49,483.23 | $0.00 | $49,483.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-10189 MJK
Case Name: RUPERTI, ROBERTA L.
Trustee Name: JOHN H. RING, III

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOHN H. RING, III | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | Chase Bank USA,N.A | $ | $ | $ |
| 000008 | Midland Funding LLC | $ | $ | $ |
| 000009 | Midland Funding LLC | $ | $ | $ |
| 000010 | Midland Funding LLC | $ | $ | $ |
| 000011 | OPHRYS, LLC | $ | $ | $ |
| 000012 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000013 | MECU | $ | $ | $ |
| 000014 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE